IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00909–KMT

TILANA SHELLY,

    Plaintiff,

v.

ADT SECURITIES,

    Defendant.

## ORDER

This matter is before the court on Plaintiff's letter to the court [Doc. No. 10].

The court will not act as advocate for a pro se litigant, who must comply with the fundamental requirements of the Federal Rules of Civil Procedure. *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The plaintiff is charged with locating and following both the Federal Rules of Civil Procedure and the court's Local Rules which are available on the court's website at www.cod.uscourts.gov. These rules require that parties to civil litigation file *motions* when they seek relief from the Court. Fed. R. Civ. P. 7(b).

When the Plaintiff reviews the Federal Rules of Civil Procedure she will find that according to Fed. R. Civ. P. 15(a)(1)(B), a party may amend her complaint one time without permission of the court by simply filing the amended complaint "if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading . . . ." The court's docket reflects that the Defendant has not been served in the

case and there is no responsive pleading filed.  In all other cases, the Rule provides that the complaint may only be amended "with the opposing party's written consent or the court's leave" which can be obtained by filing a motion and attaching the new proposed Amended Complaint.  Fed. R. Civ. P. 15(a)(2).

Dated this 4th day of December, 2014.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge