IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-00909-KMT | Date: | July 9, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                 *Counsel:*

TILANA SHELLY,                                                    *Pro se*

  Plaintiff,

v.

ADT SECURITIES,                                                  Steven Rotter

  Defendant.

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**10:02 a.m.      Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding Plaintiff's lack of communication with opposing counsel in preparation of the proposed scheduling order, relationship between ADT and Tyco, and improper service.

Mr. Rotter agrees to accept service on behalf of ADT, LLC. Plaintiff did not intend to name Tyco Integrated Security, LLC or Tyco International plc as Defendants. Plaintiff will be permitted to file an amended complaint with the correct named Defendants

Discussion regarding Pilot Program Consent Form. The parties consent to the jurisdiction of magistrate judge.

**ORDERED:   Based on the consent of the parties, discussion held in Court, and the agreement that the party of interest in this case is ADT Security Services, now known as ADT, LLC, the Court finds Tyco Intergrated Security, LLC's Amended Motion to Dismiss [27] is MOOT.**

**ORDERED:   Plaintiff is permitted to file an amended complaint to reflect the proper named Defendants, as discussed, on or before July 22, 2016.**

Ms. Shelly informs the Court that she has a new address.  Court advises Ms. Shelly that a Notice of Address Change should be filed with the Court.

**10:38 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:36

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.